# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | §CASE NUMBER: 1:25-CR-32-CLC-MJD-1 | |
| | § | |
| | § | |
| | § | |
| KENYA EMIL WHITE. | § | |
| Defendant. | § | |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Kenya White hereby appeals to the United

States Court of Appeals for the Sixth Circuit from the judgment entered in this case on the

25th day of February, 2026.

Respectfully submitted, this 6th day of March, 2026.

McCracken Poston, BPR #020375
**Attorney for Defendant**
7713 Nashville Street, Suite C
Ringgold, Georgia 30736
706-965-8300 (Office)
706-965-5413 (Facsimile)
Email: postonlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2026, I electronically filed the
foregoing with the Clerk of Court using the CM/ECF system, which will send notification
of such filing to all counsel of record.

McCracken Poston, BPR# 020375
7713 Nashville Street, Suite C
Ringgold, Georgia 30736
(706) 965-8300